IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILE _____

05 APR 19 AM 8: 2[?]

ROBERT R. DI[ ]CUO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| REBECCA H. TREACE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-2409 Ml |
| | ) | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER GRANTING DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE TESTIMONY BY DR. JOHN BLACK REGARDING "UNSOUND MIND"

This matter came before the Court upon Defendant Unum Life Insurance Company of America's Motion and Memorandum for Leave to File a Reply to Plaintiff's Opposition to Defendant's Motion in Limine to Exclude Testimony by Dr. John Black Regarding "Sound Mind." It appears to the Court that counsel for Plaintiff has no objections to Defendant's Motion, that the Motion is well taken, and that it should be and is hereby granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Defendant shall file a Reply to Plaintiff's Opposition no later than Monday, April 18, 2005.

_____
U. S. DISTRICT JUDGE

DATE: Apr 18, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-19-05

(230)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 230 in case 2:03-CV-02409 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

John W. Campbell
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

R. Scott Vincent
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT