IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED

05 APR 19 AM 8 2

ROBERT R. DI CLIO
CLERK, U.S. DICT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| REBECCA H. TREACE, | ) |
| Plaintiff, | ) |
| v. | ) No. 03-2409 Ml/V |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) |
| Defendant. | ) |

## ORDER OF REFERENCE

Pending before the Court are Plaintiff's Renewed Motion for Sanctions and for Modification of the Court's Scheduling Order, filed January 21, 2005, and Plaintiff's Report of Face to Face Meeting Concerning Plaintiff's Renewed Motion for Sanctions and for Modification of the Court's Scheduling Order and Plaintiff's Second Motion for Sanctions, filed March 15, 2005. Defendant responded in opposition to these motions on April 11, 2005.

This matter is hereby referred to the United States Magistrate Judge for report and recommendation. Any exceptions to the Magistrate Judge's order shall be made within ten (10) days of the Magistrate Judge's order, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-19-05

231

So ORDERED this _/8_ day of April, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 231 in case 2:03-CV-02409 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

R. Scott Vincent
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

John W. Campbell
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT