```
         IN THE UNITED STATES DISTRICT COURT            FILED
        FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION                  05 APR 22 PM 1:4
```

REBECCA H. TREACE,                  )
                                    )
        Plaintiff,                  )
                                    )
vs.                                 )        No. 03-2409-Ml
                                    )
UNUM LIFE INSURANCE COMPANY         )
OF AMERICA,                         )
                                    )
        Defendant.                  )

## ORDER OF TRANSFER

By reason of the transfer of case No. 03-2946-B *Clemmie Sales v. Fayette County, et al.*, from Magistrate Judge Tu Pham to the undersigned and in order to maintain a balanced number of references handled by the magistrate judges, this case is hereby transferred to Magistrate Judge Tun Pham for further references and assignments.

IT IS SO ORDERED this 22nd day of April, 2005.

                                    DIANE K. VESCOVO
                                    UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 238 in case 2:03-CV-02409 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

John W. Campbell
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

R. Scott Vincent
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT