## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| REBECCA H. TREACE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-2409 MI |
| | ) | |
| UNUM LIFE INSURANCE COMPANY | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

---

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO UNUM'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF UNUM'S MOTION IN LIMINE TO EXCLUDE TRIAL TESTIMONY FROM DAVID STRAUSER

---

This cause came to be heard upon the "Plaintiff's Motion Extension of Time to Respond to UNUM's Supplemental Memorandum in Support of UNUM's Motion in Limine to Exclude Trial Testimony from David Strauser from all of which the Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED by this Court that the Plaintiff has up to and including May 10, 2005 in which to respond to UNUM's Supplemental Memorandum In Support of its Motion in Limine to Exclude Trial Testimony From David Strauser.

Judge Jon P. McCalla
United States District Judge
Date: _____

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and exact copy of the foregoing document has been forwarded to the following attorney via U.S. Mail this the _____ day of April 2005:

S. RUSSELL HEADRICK, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
165 Madison Ave, Suite 2000
Memphis, Tennessee 38103
901-577-2366

_____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 242 in case 2:03-CV-02409 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

John W. Campbell
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

R. Scott Vincent
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT