IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 18 PM 3:30

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W/D OF TN, MEMPHIS

| | |
|---|---|
| REBECCA H. TREACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-2409 Ml |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

TMP

[~~PROPOSED~~] ORDER SETTING ORAL ARGUMENT ON PLAINTIFF'S SECOND RENEWED MOTION FOR SANCTIONS

It appearing that the parties agree that oral argument will materially assist this Court's resolution of the issues raised by Plaintiff's Second Renewed Motion for Sanctions, and the Court finding that oral argument would be helpful;

IT IS THEREFORE ORDERED, for good cause shown, that the parties shall appear for oral argument regarding the issues raised by Plaintiff's Second Renewed Motion for Sanctions on May 19, 2005, at the following time: 1:30 p.m.

~~Diane Vescovo~~ Tu M. Pham
United States Magistrate Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  5-19-05

246

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 246 in case 2:03-CV-02409 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

R. Scott Vincent
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

John W. Campbell
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT