IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 MAY 18 PM 3:30

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| REBECCA TREACE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civ. No. 03-2409-M1/P |
| vs. | ) | |
| | ) | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE A REPLY BRIEF TO UNUM'S RESPONSE TO REPORT OF FACT TO FACE MEETING CONCERNING PLAINTIFF'S RENEWED MOTION FOR SANCTIONS AND FOR MODIFICATION OF THE COURT'S SCHEDULING ORDER AND PLAINTIFF'S SECOND RENEWED MOTION FOR SANCTIONS**

Before the court is Plaintiffs' Motion for Leave of Court to File a Reply Brief to UNUM's Response to Report of Fact to Face Meeting Concerning Plaintiff's Renewed Motion for Sanctions and for Modification of the Court's Scheduling Order and Plaintiff's Second Renewed Motion for Sanctions, filed April 13, 2005 (Dkt #218). For good cause shown, plaintiff's motion is GRANTED.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

Date 5/18/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 247 in case 2:03-CV-02409 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

John W. Campbell
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

R. Scott Vincent
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT