IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 14 PM 6:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| REBECCA TREACE, ) | |
| ) | |
| Plaintiff, ) | No. 03-2409 M1/P |
| ) | |
| v. ) | |
| ) | |
| UNUM LIFE INSURANCE COMPANY OF ) | |
| AMERICA ) | |
| ) | |
| Defendant. ) | |

**CONSENT ORDER WITHDRAWING UNUM LIFE INSURANCE COMPANY OF AMERICA'S MOTION FOR LEAVE TO TAKE THE DEPOSITION OF LINDA NEE**

Unum Life Insurance Company of America ("Unum") filed its Motion for Leave to Take the Deposition of Linda Nee Or, In the Alternative, to Exclude Any Trial Testimony from Nee on September 8, 2005. When it did so, Unum's counsel that executed the certificate of consultation mistakenly believed that the parties were unable to resolve the issues raised in its Motion. The parties have since resolved all issues raised in Unum's Motion, and, accordingly, the parties agree that Unum's Motion should be withdrawn.

Based on the agreement of the parties, and for other good cause shown, the Court finds that Unum's Motion for Leave to Take the Deposition of Linda Nee should be, and hereby is, withdrawn.

It is so ORDERED on this 14 day of September, 2005.

_____
United States ~~District~~ Judge
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-15-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 280 in case 2:03-CV-02409 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

John W. Campbell
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

R. Scott Vincent
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT