IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

REBECCA H. TREACE,

    Plaintiff,

v.

    Civil Action No. 03-2409 M1/V

UNUM LIFE INSURANCE,
COMPANY OF AMERICA

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE ITS OPPOSITION TO PLAINTIFF'S APPLICATION FOR COSTS AND ATTORNEY'S FEES RELATED TO EFFORTS TO OBTAIN TELEPHONE LOGS

It appearing to this Court that good cause exists to extend the time within which Unum Life Insurance Company of America ("Unum") must file its Opposition Brief, up to and including October 17, 2005.

It is, therefore, ORDERED, ADJUDGED, and DECREED, that the time for Unum to file its Opposition Brief is hereby extended, up to and including October 17, 2005.

**SO ORDERED.**

**ENTER:**

_/s/ J. P. McCalla_ 10/17/2005
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-18-05

M SRH1 906360 v1
2790885-000040 10/07/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 293 in case 2:03-CV-02409 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

John W. Campbell
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

R. Scott Vincent
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT