FILED BY /s/ D.C.

05 OCT 25 PM 4:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED

2005 OCT 20 PM 2:22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| REBECCA H. TREACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-2409 Ml |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | MOTION GRANTED |
| OF AMERICA, ) | |
| ) | Jon P. McCalla |
| Defendant. ) | JON PHIPPS McCALLA |
| | U.S. DISTRICT JUDGE |
| | Oct. 25, 2005 |
| | DATE |

## PLAINITFF'S MOTION FOR LEAVE OF COURT TO FILE A REPLY BRIEF TO UNUM LIFE INSURANCE COMPANY OF AMERICA'S OBJECTION TO PLAINTIFF'S APPLICATION FOR COSTS AND ATTORNEY'S FEES RELATED TO EFFORTS TO OBTAIN TELEPHONE LOGS

COMES NOW, Rebecca Treace ("Treace") by and through her counsel and moves the Court for leave to file a reply brief to "UNUM Life Insurance Company of America's Objection to Plaintiff's Application for Costs and Attorney's Fees Related to Efforts to Obtain Telephone Logs" filed by UNUM Life Insurance Company of America ("UNUM") and in support thereof Treace would state to the Court that good cause exists for leave of the Court to allow Plaintiff to file her reply brief.

WHEREFORE PREMISES CONSIDERED Treace would state that good cause has been shown to allow Treace to file a reply brief.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-26-05

299

Respectfully submitted,

**ESKINS, KING & SEVIER, PC**

_____
BRADLEY W. ESKINS (#19372)
JAMES E. KING (#21219)
50 North Front Street, Suite 770
Memphis, Tennessee 38103
(901) 578-6902
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and exact copy of the foregoing document has been forwarded to the following attorney via U.S. Mail this the ___20___ day of October 2005:

S. RUSSELL HEADRICK
165 Madison Avenue, Suite 2000
Memphis, TN 38103

_____

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 299 in case 2:03-CV-02409 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

John W. Campbell
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

R. Scott Vincent
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT