IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

REBECCA H. TREACE,  )
                    )
     Plaintiff,     )
                    )
v.                  )   No. 03-2409 Ml/P
                    )
UNUM LIFE INSURANCE COMPANY )
OF AMERICA,         )
                    )
     Defendant.     )

---

**ORDER DENYING MOTION FOR RELIEF FROM SCHEDULING ORDER TO EXTEND
THE DEADLINE TO FILE A DISPOSITIVE MOTION
AND DENYING MOTION FOR RELIEF FROM SCHEDULING ORDER TO RE-OPEN
THE DEPOSITION OF PLAINTIFF**

---

Before the Court is Defendant's Motion for Relief from Scheduling Order to Extend the Deadline to File a Dispositive Motion, and Defendant's Motion for Relief from Scheduling Order to Re-open the Deposition of Plaintiff, both filed September 2, 2005. Plaintiff filed its memorandum in opposition on September 19, 2005. For the following reasons, the Court DENIES both motions.

Defendant moves the Court for relief from the scheduling order so that it may submit a motion for summary judgment regarding Plaintiff's Tennessee Consumer Protection Act (TCPA) and misrepresentation claims. The Court has already denied Defendant's motions for summary judgment as to the TCPA claim in its Order Granting in Part and Denying in Part Defendant's Motion

for Summary Judgment and Order Denying Plaintiff's Motion for Partial Summary Judgment, entered March 21, 2005. In that same order, the Court noted that Defendant had not timely moved for summary judgment regarding Plaintiff's misrepresentation claim. (Id. 6 n.1.) Subsequently, the Court struck Defendant's late-filed Supplemental Memorandum in Support of Defendant's Motion for Summary Judgment in which Defendant challenged Plaintiff's misrepresentation claim. (Order Regarding Motions in Limine, Docket No. 259.) The Court has already decided this issue and will not reconsider it on the eve of trial. Accordingly, Defendant's Motion for Relief from Scheduling Order to Extend the Deadline to File a Dispositive Motion is DENIED.

Defendant also moves for relief from the scheduling order to re-open its deposition of Plaintiff. The Court's scheduling order provides that non-expert depositions be conducted by August 20, 2004. (Order Granting Pl.'s Mot. Modification of Order Granting Pl.'s Mot. Modification of Scheduling Order, Docket No. 58.) The Court later re-opened discovery until November 8, 2005 in response to discovery abuses by Defendant. (Order Adopting as Amended Magistrate Judge's May 27, 2005, Report and Recommendation, Docket No. 260.) The Court finds Defendant's request to re-open its deposition of Plaintiff unwarranted, and accordingly DENIES Defendant's Motion for Relief from Scheduling Order to Re-open the Deposition of Plaintiff.

So ORDERED this 9 day of November, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 300 in case 2:03-CV-02409 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

R. Scott Vincent
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

John W. Campbell
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT