IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| REBECCA H. TREACE, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 03-2409 M1/V |
| | ) |
| v. | ) |
| | ) MOTION GRANTED |
| UNUM LIFE INSURANCE COMPANY | ) |
| OF AMERICA, | ) JON PHIPPS McCALLA |
| | ) U.S. DISTRICT JUDGE |
| Defendant. | ) NOV. 29 2005 |
| | DATE |

## UNUM LIFE INSURANCE COMPANY OF AMERICA'S MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS FOR DEFENDANT'S REFUSAL TO PRODUCE THE COMPLETE FILE IT MAINTAINED CONCERNING PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.2, counsel for Defendant, Unum Life Insurance Company of America ("Unum"), states that, in light of the impending trial of this matter, additional time is needed in which to file its Response to Plaintiff's Motion for Extension of Time to File Its Response to Plaintiff's Motion for Sanctions for Defendant's Refusal to Produce the Complete Claim File It Maintained Concerning Plaintiff. Unum hereby moves this Court for an Order extending the time within which Unum must respond, up to and including 20 days after the conclusion of the trial of this matter.

In support of this Motion, Unum relies upon its contemporaneously filed Memorandum in Support, Local Rule 7.2 (a)(1)(B) Certificate of Consultation, and the entire record in this cause.

WHEREFORE, premises considered, counsel for Unum requests that this Court extend the time within which Unum must file its Response to Plaintiff's Motion for Extension of Time to File Its Response to Plaintiff's Motion for Sanctions for Defendant's Refusal to Produce the Complete Claim File It Maintained Concerning Plaintiff, up to and including 20 days after the conclusion of the trial of this matter.

Respectfully submitted,

By: *[signature]*
S. Russell Headrick (5750)
Leigh M. Chiles
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
165 Madison Avenue
Memphis, TN 38103
(901) 526-2000

Attorneys for Defendant, Unum Life Insurance Company of America

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been sent via U.S. Mail, postage prepaid, to the following counsel of record on November 23, 2005:

Bradley W. Eskins, Esq.
Eskins, King & Sevier, P.C.
50 North Front Street, Suite 1170
P. O. Box 3056
Memphis, TN 38103

*[signature]*
LEIGH M. CHILES

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 367 in case 2:03-CV-02409 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

R. Scott Vincent
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Leigh McDaniel Chiles
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

John W. Campbell
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT